**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: E.H., A.B., AND C.B.      :   No. 565 MAL 2017

                                     :

                                     :

PETITION OF: J.H.                  :   Petition for Allowance of Appeal from

                                     :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.